ORIGINAL                    OR 03-00543

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF HAWAII

RECEIVED

2004 JAN 30 AM 8: 23

U.S. MARSHALS SERVICE

830392

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | A791503        H13 | 08/16/2003 |

WOLFORD, GARY P

91-1121 PUAHALA ST APT 17D

EWA BEACH, HI 96706

*Defendant.*

DWI-CR 03-00543
A1301376 H13 -
RECKLESS DRIVING -
CR 03-00543

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

**MANDATORY COURT APPEARANCE REQUIRED**    A1301377 H13 -DRIVE W/ SUSP LIC

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated chare(s).

· Collateral in the Amount of $ _____.00_____ may be Forfeited in Lieu of Appearance.

BAIL FIXED AT $100.00 UNSECURED
AS TO EACH CHARGE

WALTER A. Y. H. CHINN, CLERK
By: _____ , Deputy Clerk

Date **01/27/04** _____

_____
*United States Magistrate Judge*
KEVIN S. CHANG

### RETURN

| | DATE | LOCATION |
|---|---|---|
| **RECEIVED** | | |

*EXECUTED BY ARREST OF THE ABOVE –NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____    Title _____    District _____

Date _____    Signature _____

DISMISSED

Date: APR 3 0 2008

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 August, 2003 while exercising my duties as a law enforcement officer in the District of Hawaii.

I observed cited subject in a blue in color Ford Focus lic #(JWB848) driving through grass lawn around the parking attendants booth, off of a curb and westbound down Kalia Rd. into Ft DeRussy parking garage. His maneuvers enroute to the garage were erratic and dangerous. Car was identified with matching plates and description and matching subject description. Upon finding the vehicle in the garage we found one male subject matching description I observed. This male subject was found drunk and vomiting. He self admitted of alcohol consumption.

The foregoing statement is based upon
[X] my personal observation   [ ] my personal investigation
[ ] information supplied to me from my fellow officer s observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 16 Aug 03 _____ _____
                         Date          Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____ _____ _____
                 Date              U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVR Scan 10/21/2003 09 15 15

---

## United States District Court
### Violation Notice

| | |
|---|---|
| Loc Code F4 H-13 DeRussy | |
| Violation No A791503 | Print Officer Name P.O. Guerrero |
| | Officer No 580 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 20030816 / 0115 | HRS 291E-W... CJ(3) |

Place of Offense Ft. DeRussy Half Koa Parking Lot Kalia Road

Offense Description Operating a vehicle with .08 or more grams of alcohol (breath)

| Defendant's Last Name | First Name | MI |
|---|---|---|
| Wolford | Gary | P |

| Street Address | | |
|---|---|---|
| 91-1121 Puahala Street Apt. 17D | | |

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Ewa Beach | HI | 96706 | 1979 Feb 03 |

| Driver's License No | D L State | Social Security No |
|---|---|---|
| N98-121-826 | KY | 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 |

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| JWB848 | HI | 2002 | Ford | Blue |

A [X] YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS

[ ] I wish to terminate this matter by paying the collateral shown below, enclosed
[ ] I plead not guilty and promise to appear as required

**YOUR COURT DATE**

| Court Address | Date | Time |
|---|---|---|
| 300 Ala Moana Blvd Rm 303C Honolulu HI 96706 | NOV 25 2003 | |

Collateral (fine) M/C

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998   Original - CVB Copy   Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

A791503
BV $100 UNSECURED
NK 1/6/04 ENTERED
NK 1/21/04 ENTERED

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 16 August, 2003 while exercising my duties as a law enforcement officer in the District of Hawaii

Officer Cabunoc was conducting patrol duties in the Pt. density Saratoga parking lot. I observed my vehicle in the Far Lane. Adjacent to Kovada Pelo a dark blue Ford truck Lic # (JNB 848) Heading for the exit over the curb, and then the lawn and over the sidewalk down the curb and around the parking. Attendant booth were the subject was heading Kala rd. toward Waitham. As I keep a eye contact w/ the subject he turned right on Malahia Rd into the hale low parking garge. he manuvers where traffic and was dangerous. car was identified with matching plates and is Malahini description of the subject. Upon findin the vehicle in the garge we find one male subject with matching description. I observed the subject to be intoxicated and was vomiting outside his PMO. He self admitted of Alcohol consumption.

The foregoing statement is based upon

[X] my personal observation    [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 16 Aug 03 _____
                    Date       Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____ _____
                Date            U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVR Scan 10/21/2003 09 15 15

---

**United States District Court**
**Violation Notice**

Loc Code: H43 PT.

Violation No: A1301376

Print Officer Name: P.O. CABUNOC

Officer No: 516

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 20030816 / 0155

Offense Charged: HRS 291-2

Place of Offense: Pt Density Hale Koa Parking Lot.

Offense Description: RECKLESS DRIVING

RANK: PVT. LE-3

SSN: 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

POST PROV.

Defendant's Last Name: WOLFORD

First Name: GARY

M/F: M

Address: HHC. 50. Infantry Regiment

City: Schofield Barracks    State: HI

Zip Code: 96957

Date of Birth: 02/03/79

Driver's License No: W9F-121-826

D.L. State: KY

Social Security No: 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

VEHICLE DESCRIPTION

Vehicle Tag State: HI    Year: 2002    Vehicle Make: Ford    Vehicle Color: BLK

Vehicle Tag No: JNB 848

A1301376

A: [X] YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS

B: [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW
AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS

___ I wish to terminate this matter by paying the collateral shown below, enclosed

___ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: 300 Ala Moana Blvd Rm. 303 C Honolulu HI. 96 707

Date: NOV 25 2003    Time: _____

Collateral (fine): m/c

For payment by credit card, SEE INSTRUCTIONS

Original   CVB Copy

DD FORM 1805, SEP 1998   Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

ENTERED NK 1/13/04

ENTERED NK 1/27/04

BW 5109 UNSECURE

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 August, 2003 while exercising my duties as a law enforcement officer in the _____ District of Hawaii

I officer Cabunoc was conducting patrol duties in the Ft derussy Saratoga parking lot. I observed to my left in the for [same adjacent] to Koveda Field dark colored Ford Focus Lic # (JWB 842) Vehicle first to exit over the curbside threw the Lawn and over the sidewalk down the curb and Around the Parking Attendant both were by. Subject was heading on Kalia towards Fort toward West bound. As I keep an Eye Contact w/the vehicle the subject turned right onto Malura ra and into the Hale Koa parking garage. His maneuvers where erratic and very dangerous. The car was identified with WA tags. plates came as MI/2003 description of the Subject upon finding the vehicle in the parking garage we found one male w matching description. Observed the male subject to be very intoxicated and was vomiting outside his vehicle. He self admitted of Alcohol Consumption.

The foregoing statement is based upon
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on  16 Aug 07  _____
                Date        Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____  _____
              Date              U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

---

00740-03

## United States District Court
## Violation Notice

Loc Code: 4-B pct. DERUSY

Violation No: A1301377

Print Officer's Name: P.O CABUNOC
Officer No: 516

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2003.08.16
Offense Charged: HRS 287.24(b4)
Place of Offense: Ft DERUSY HALE FOA PARKING LOT
Offense Description: DRIVING AFTER SUSPENDED OR REVOKED. HRS 286-132

Defendant's Last Name: WOLFORD
First Name: GARY
MI: P
Street Address: Schofield Barracks
City: Schofield Barracks
State: HI   Zip Code: 96857   Date of Birth: 02/13/79
Driver's License No: W98-191-926
D.L. State: KY
Social Security No: 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

### VEHICLE DESCRIPTION

Vehicle Tag State: HI   Year: 2002   Vehicle Make: Ford   Vehicle Color: BLC

A1301377

A ☒ YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS
   ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
   ☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Date: _____  Time: _____

Court Address: 300 Ala Moana Blvd Rm. 303c Honolulu HI 96707

Collateral (fine): m/c

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998   Original - CVB Copy   Previous edition is obsolete
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))